

COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

SHARON KELLER
PRESIDING JUDGE

LAWRENCE E. MEYERS
CHERYL JOHNSON
MIKE KEASLER
BARBARA P. HERVEY
ELSA ALCALA
BERT RICHARDSON
KEVIN P. YEARY
DAVID NEWELL
JUDGES

ABEL ACOSTA
CLERK
512-463-1551

SIAN R. SCHILHAB
GENERAL COUNSEL
512-463-1597

February 2, 2016

Montgomery County District Clerk
Barbara Adamik
301 North Main Street
Conroe, TX 77301

RE: Ex parte Kemos Marque Barnaby
Trial Court Number 09-04-04192-CR
Case Number WR-80,099-01

Dear Clerk:

Enclosed please find the order of the Court returning an exhibit in the above referenced cause.

Please acknowledge receipt of the exhibits on the enclosed copy of this letter and order, and return it for our files.

Sincerely,

Abel Acosta
Clerk

By: _____
John Brown
Chief Deputy Clerk



# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

EX PARTE KEMOS MARQUE BARNABY          CAUSE NUMBER WR-80,099-01

## ORDER

The above styled and numbered was before this Court on an application for writ of habeas

corpus in Cause No. 09-04-04192-CR from the 221st District Court of Montgomery County.  On

November 4, 2015, this Court issued an opinion denying relief.

Accordingly, the following exhibit is ordered returned to the District Clerk of

Montgomery County:

    1.  Exhibit H -  (a DVD)

IT IS SO ORDERED THIS THE 2nd DAY OF FEBRUARY, 2016

PER CURIAM

EN BANC

DO NOT PUBLISH